https://www.hcdistrictclerk.com/eDocs/Secure/AttorneySearch.aspx

Welcome **LaVerne Chang** | Log Out

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/17/2015 4:04:47 PM
Houston, Texas | June 17, 2015
CHRISTOPHER A. PRINE
Clerk

Home | Civil | Family | Criminal | Child Support | Online Services | HR | About Us | Court Registry | Copies | Jury | FAQs

[WS6] Home > Online Services > Attorney Search

## Quick Links

 Costs and Fees

 Child Support Records

 Jury Services

 Search Our Records & Documents

 Background Checks

 FREEfax

 e-Filing

 Forms

 Government Agencies

 Historical Documents

 How to Contact Us

 District Clerk Biography

 Order History

 Update Address / Information

 Attorney Vacation

Search Attorney Vacation

Change Password

# Attorney Detail

## Address Information

| | |
|---|---|
| **Bar Number:** | 00783819 |
| **Name:** | Chang, LaVerne |
| **Street Nbr:** | 511 |
| **Street:** | Lovett Blvd |
| **City:** | Houston |
| **State:** | TX |
| **Zip:** | 77006 |
| **Phone:** | 7132226025 |
| **Fax:** | |

## Vacation Information - 72 Total Week(s)

**Vacation Year:** 2015 ▼

| Region | Begin Date | End Date | File Date | Modified By | Modified Date |
|---|---|---|---|---|---|
| CIVIL / FAMLY | 8/10/2015 | 8/14/2015 | 5/5/2015 | Chang, LaVerne | 5/5/2015 4:17:00 PM |
| CIVIL / FAMLY | 7/20/2015 | 7/24/2015 | 5/5/2015 | Chang, LaVerne | 5/5/2015 4:17:00 PM |
| CIVIL / FAMLY | 6/8/2015 | 6/12/2015 | 5/5/2015 | Chang, LaVerne | 5/5/2015 4:17:00 PM |
| CIVIL / FAMLY | 6/1/2015 | 6/5/2015 | 5/5/2015 | Chang, LaVerne | 5/5/2015 4:17:00 PM |

## Contact Information

Civil Courthouse
201 Caroline
Houston, TX 77002

**Mailing Address:**

Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210

## Search Our Records and Documents

Search our records and documents to view detailed case (cause) information including court, costs, location, documents, party information, and more.

## Forms

For your convenience, forms are available for downloading or printing. Click to locate the forms you will need.

## Government Agencies

e-Gov allows users employed by government agencies to query and retrieve documents from their office.



# EXHIBIT "1"